IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERICK L. BELL, )
)
    Plaintiff, )
v. ) Civil Action No. 3:17CV240–HEH
)
UNKNOWN, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

By Memorandum Order entered on April 18, 2017, the Court conditionally docketed Plaintiff's action. The Court directed Plaintiff to return his *in forma pauperis* affidavit and affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. The Court also indicated that if Plaintiff did not wish to file a civil complaint in the United States District Court for the Eastern District of Virginia, Plaintiff should take no action, and the case would be dismissed without prejudice.

Plaintiff has not responded to the April 18, 2017 Memorandum Order. Plaintiff failed to return the *in forma pauperis* affidavit and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Based on

Plaintiff's inaction, the Court assumes that Plaintiff does not wish to prosecute an action in this Court. Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                  /s/

Date: May 26, 2017

Richmond, Virginia

HENRY E. HUDSON

UNITED STATES DISTRICT JUDGE